PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
CR 08-00104HG-01

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00129-JAD-DJA-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JUNIOR AUELUA | District of Hawaii | Honolulu |

✓ FILED  ☐ RECEIVED
☐ ENTERED  ☐ SERVED ON
MAY 08 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi  DEPUTY

**NAME OF SENTENCING JUDGE**
The Honorable Helen Gillmor

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 03/29/2021
TO: 03/28/2026

**OFFENSE**
Count 1: Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Methamphetamine 21 U.S.C. §§ 841 (a)(1) and 846, a Class A felony
Count 2: Attempt to Possess With Intent to Distribute 50 Grams or More of Methamphetamine 21 U.S.C. §§ 841 (a)(1) and 846, and 18 U.S.C. § 2, a Class A felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Auelua has no intentions of returning the District of Hawaii.

---

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **HAWAII**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF NEVADA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 6, 2025
*Date*

/s/ Helen Gillmor
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/9/2025
*Effective Date*

/s/
*United States District Judge*

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Junior Auelua
Case No.: TO BE ASSIGNED

**REQUESTING ACCEPTANCE OF JURISDICTION**

May 8, 2025

TO:   United States District Judge

On January 22, 2009, Junior Auelua, was sentenced in the District of Hawaii by the Honorable Judge Helen Gillmor to 185 months imprisonment followed by five (5) years of supervised release for committing the offense of Conspiracy to Distribute and Possess with Intent to Distribute 50 grams of Methamphetamine and Attempt to Possess with Intent to Distribute 50 grams of methamphetamine. On March 29, 2021, Auelua commenced supervision in the Central District of California. On August 4, 2022, the District of Nevada accepted supervision of Auelua's case. Since August 2022, Auelua has remained in the District of Nevada.

Auelua has no intention of returning to the District of Hawaii. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by her signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge Helen Gillmor has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7266.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2025.05.08 15:53:09 -07'00'

Briana Casey
United States Probation Officer

Approved:

*Joy Gabonia*
Digitally signed by Joy Gabonia
Date: 2025.05.08 14:58:09 -07'00'

Joy Gabonia
Supervisory United States Probation Officer